UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MONTELLO, et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-06367-EJD<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST TO EXTEND SITE INSPECTION DEADLINE**<br><br>Re: Dkt. No. 24 |

The parties have filed a request to extend the deadline to conduct a site inspection, as required by General Order 56. Dkt. No. 24. As the Court explained in a previous order in this case, Dkt. No. 21, the time for completing this site survey may be modified only upon a showing of good cause. Fed. R. Civ. P. 16(b)(4). The parties provide no reason why more time is needed and thus have not shown good cause. Accordingly, their request is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: February 13, 2018

　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:17-cv-06367-EJD
ORDER DENYING WITHOUT PREJUDICE REQUEST TO EXTEND DEADLINE
1