UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MONTELLO, in individual and representative capacity as trustee;<br>MICHELLE JOANNE MONTELLO, in individual and representative capacity as trustee;<br>TRAN KIM HUONG THI; and Does 1-10,<br><br>Defendants. | **Case: No.:** 5:17-CV-06367-EJD<br><br>[proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including April 13, 2018.

2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

1

1 | IT IS SO ORDERED.

3 | Dated: February 20, 2018

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE